IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EQUAL EMPLOYMENT              )
OPPORTUNITY COMMISSION,       )
                              )
      Plaintiff,              )
                              )     CIVIL ACTION NO.
      v.                      )        2:21cv629-MHT
                              )           (WO)
KEYSTONE FOODS LLC,           )
                              )
      Defendant.              )
```

### ORDER

Upon consideration of the consent motion to substitute the named defendant (Doc. 20), it is ORDERED that:

(1) The motion is granted.

(2) Defendant Keystone Foods LLC is substituted for defendant Tyson Foods, Inc., D/B/A/ Keystone Foods-Eufaula Division, LLC, F/K/A/ Equity Group-Eufaula Division, LLC.

DONE, this the 12th day of October, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE